**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 29, 2025

BY ECF
Honorable Laura Taylor Swain
Chief United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street,
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Joseph Foster*, 25 Cr. 58 (LTS)

Honorable Chief Judge Swain:

I write to inform Your Honor that I have accepted a temporary work detail in the District of Columbia which necessitates my withdrawal from all pending matters in which I have been appointed as counsel, including this one. The detail is expected to last two years. And while my exact start date is presently unclear, I understand it to be imminent.

I have made Mr. Foster aware of my departure, as well as the assigned Assistant United States Attorney, Mr. Margulies. My colleague Michael Rooney has entered his appearance in this matter and has assumed representation of Mr. Foster. I have briefed Mr. Rooney on all aspects of the matter and my files will be accessible to him. I know Mr. Foster is in good hands with Mr. Rooney, but I regret to be unable to conduct Mr. Foster's sentencing as it is always a pleasure to appear before Your Honor. I respectfully request that Your Honor allow me to withdraw as counsel for Mr. Foster.

Additionally, to allow Mr. Foster sufficient time to prepare for sentencing with Mr. Rooney and to account for Mr. Margulies's trial schedule, I respectfully request Mr. Foster's sentencing, presently scheduled for Wednesday, June 25, 2025 at 11 a.m. be adjourned for not more than 45 days.

I have conferred with Mr. Margulies who consents to this request on behalf of the United States.

Thank you for considering this request.

Respectfully submitted,

Christopher Flood, Esq.
(212) 417-8734

The foregoing request is granted.  Sentencing is adjourned to September 5, 2025, at 2:30 p.m.  The Clerk's Office is respectfully directed to terminate Mr. Flood as Defense counsel.  This resolves docket entry no. 31.  SO ORDERED.
Dated:  June 2, 2025
/s/ Laura Taylor Swain, Chief U.S.D.J.

cc:   all counsel (by ECF)